# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MORRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN F. DIETZ,<br><br>    Defendant. | Case No. 14-cv-01604-VC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Richard Morrison is ordered to file a brief by October 14, 2014, of no longer than ten pages, explaining why the remaining defendant, John Dietz, should not be dismissed for the same reasons that the claims against the previous defendants were dismissed with prejudice. A hearing is scheduled on the order to show cause on October 30, 2014 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: September 23, 2014

_____
VINCE CHHABRIA
United States District Judge