UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MORRISON,<br><br>              Plaintiff,<br><br>    v.<br><br>JOHN F. DIETZ,<br><br>              Defendant. | 14-cv-01604-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: November 5, 2014

_____
VINCE CHHABRIA
United States District Judge